# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

FILED
2018 NOV 28 A 9:33
US DISTRICT COURT
BRIDGEPORT CT

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

James Lawrence
v.
Altice USA

Case No. 3:18cv1927(SRU)
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. James Lawrence is a citizen of USA who
   (Plaintiff)                    (State)
   presently resides at 1655 Post Rd East unit 804.
                     (mailing address) 06880

2. Defendant Altice USA is a citizen of USA
          (name of first defendant)        (State)
   whose address is 1111 Stewart Avenue
   Bethpage New York
   11714

3. Defendant _____ is a citizen of _____
   (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

28 U.S. Code § 4101

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

See Attached

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _See Attached_

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _See Attached_

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

You will find out!

## F. JURY DEMAND

Do you wish to have a jury trial? (Yes)   No

_____  _____*[signature: James Lawrence]*___
Original signature of attorney (if any)   Plaintiff's Original Signature

_____  Printed Name
Printed Name                 James Lawrence

( )                          049 0176 5804 6291
Attorney's full address and telephone   Plaintiff's full address and telephone
                             1655 Post Road East Unit 804
                             Westport CT 06880
Email address if available   Email address if available
                             Sancorgorman@gmail.com
                             All correspondence via Email !

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on __November 28, 2018__
                (location)                       (date)

                             _____*[signature]*_____
                             Plaintiff's Original Signature

(Rev.3/29/16)

5

James Lawrence v. Altice USA ~~Altice CT.~~

To:
Legal Department News 12 Connecticut/Altice USA
1111 Stewart Avenue
Bethpage, New York
11714

Attachment C

Attachment D

Correspondence- Sancorgoman@gmail.com

# COMPLAINT:

## C. NATURE OF THE CASE

On March 14, 2018, after appearing in court in Norwalk Connecticut for an arraignment for an alleged Second-Degree Breach of Peace, a slimy reporter from News 12 Ct by the name of Mark Sudol knocked on my residence door at 75 West Parish Road in Westport, Ct. asking for "an interview" about my arrest. Shocked that such a low-level charge would be news for the likes of News 12 Ct. given all the far more worse alleged crimes that happen every day, I agreed to the "interview". I spent at least 45 minutes detailing my side of the story that resulted in my controversial/false arrest, an arrest that happened on March 5, 2018 - 4 months after the alleged Second-Degree Breach of Peace of November 5, 2017. The "interview" concluded and the slimy News 12 reporter Mark Sudol and his cameraman made their way back to their news van that was strategically parked out-of-sight so the ambush could be easier for them. What proceeded to happen to me because of News 12's negligent, biased, and malicious coverage has been extremely traumatizing, resulting in permanently damaging my life in multiple ways, a malicious treatment of my 52 year old law-abiding life by the slimy reporter Mark Sudol, a maliciously biased, neglectful, and unlawful treatment of my arrest/case that resulted in slander and libel and numerous resulting damages to my name and life.

That night of March 14, 2018, I waited with my girlfriend for the News 12 report on my arrest/case. When the News 12 Ct. report on my arrest came about there was 5 major lies, errors, bias, and neglect that resulted in slander/defamations and libel committed by Mark Sudol and his News 12 team. That painful night of March 14, 2018 – March 15, 2018, I James Lawrence experienced slander and libel – on the hour by the hour … slander and libel being communicated to all the Tri-State News 12 viewers/audiences, and available nationally to all other news outlets let alone the country in general. Mark Sudol and the rest of the News 12 Ct. team reported the following very damaging LIES (all recorded!)

1: News 12 Ct. reported that I was arrested for "stalking" – Hideous LIE.

2: News 12 Ct. reported that I had an outstanding protective order but the facts are the protective order had expired – LIE.

3: News 12 Ct. reported that I was arrested November 5, 2017 but that was the time of the alleged Second Degree Breach of Peace and the facts are that I was instructed to turn myself in March 5, 2018 and arrested 4 months later after a very questionable "investigation".

4: News 12 Ct. reported that I was "facing similar charges in California". "Facing" … complete insanity given I live in Ct. and have not lived in California since 2013. The

facts are I was not "facing" similar charges in California nor never did face similar charges in California – LIE.

5: Allowing some random woman named Wendy Higgins Chambers of Westport Ct., who never made a complaint about me to anyone – never to store managers let alone the Westport police, to approach them and foment the malicious slander and libel, where this mentally imbalanced woman, after reading about my alleged Second-Degree Breach of Peace/false arrest in the news, was allowed to give her opinion that was filled with lies, a sick woman who like News 12, attempted to conflate my arrest with the current zeitgeist of women coming out to accuse men of sex harassment, something my case/arrest had nothing to do with whatsoever. This corrupt "news" organization allowed this sick woman to play some kind of victim because I "gave her my business card" (example of the current biased insanity in America today) at a public market one year before the arrest, when the facts of our encounter were nothing but peaceful and certainly not worthy of the hit job I received from News 12. There are so many necessary investigations as to how News 12 Ct. and Wendy Higgins Chambers fomented and created the slander and libel. Facts that will be pursued in trial so as to know how to sue and protect myself from this sick woman.

6: The slimy reporter Mark Sudol failed to mention facts within the Police Report, facts like what my side of the story was, which was merely attempting to ask a woman in a car parked next to mine if she lost money that I found on the ground – all in the police report. Money in the form of $100 dollar bill returned to the market at that time. Sudol also neglected to inform the public of anything I told him during the 45- minute "interview". The entire report and ensuing damaging errors was totally biased and mean spirited. Mark Sudol maliciously failed to give a proper balanced report that resulted in his lies and defamation, malicious reporting that resulted in News 12's slander and libel spreading like wildfire across the internet to forever exist in many places and exist in many forms and create continual damages to my life.

All evidence of News 12 Ct.'s slander and libel - written and video reports as well as numerous other details and evidence of their malicious neglect, bias, and failures will be presented during the coming trial.

This News 12 Ct report of my case was sloppy to say the least. This News 12 Ct. reporting on me was extremely damaging to my name and reputation in numerous ways. There are over 35 examples of damages caused to me because of how News 12 Ct. falsely and maliciously reported my arrest resulting in obvious slander and libel. These damages increase every day. All 35+ damages will be presented up and during trial.

Knowing of their guilt, News 12 Ct.'s extremely damaging lies, slander and libel was eventually taken down from their websites only because of a call from my lawyer. In addition, there was more negligence during the process of acknowledging their guilt

which resulted in copied forms being spread on the internet that exist to this day. No matter what they did to cover up their hideous mistakes, the facts are that the multiple damages had already been done to me in numerous parts of the community and the country at large and continue to this very day for the foreseeable future. This sloppy news report fomented a media storm that was highly unusual for an alleged Second Degree Breach of Peace case, an alleged incident of merely walking up to a woman parked next my car in broad daylight, an alleged crime that was originally viewed by the court as nothing but a mere "infraction" and $100 fine, then a "Nolle Prosequi", and now after 1 year destined to be thrown out eventually after more delay tactics by the D.A to protect the police – meaning I did not commit a crime and certainly did not do what this shameful news organization reported resulting in permanent damages to my life. The entire sequence of events needs to be in front of a jury in order to get proper perspective as to how such a malicious and forever damaging hit job on me occurred before I even received any proper Due Process of Law. Once again, I went through and continue to go through an outrageous case of slander/defamation/libel all before proper Due Process of Law.

News 12 Ct.'s report on my case was damaging in ways that need to be presented in detail given the very raw and dangerous times that America is experiencing with the MeToo movement/Nasty Woman movement /Times Up movement, because many men are being tried and convicted via the media before they receive any proper Due Process. What makes my case so outrageous and immediate in the sense of the need to be national news to be learned from, is how News 12 seemingly conflated me with the harassment and sex harassment cases going on in the current zeitgeist despite the FACT that my case had nothing to do with "harassment", nothing to do with "sex harassment", let alone nothing to do with "stalking" and the other lies to which News 12 so negligently reported that resulted in over 35 damages to my life.

I look forward to bringing forth all the evidence of News 12 Ct.'s malicious defamation, and all the damages to my life because of their slander and libel.

### D. CAUSE OF ACTION
Claim I : 28 U.S. Code § 4101 - Slander

- Video copies of News 12 slanderous broadcast against me.
- Witnesses involved with the slander.
- Examples of how News 12 slanderous broadcast influenced, empowered, and infected other media outlets to cover me in extreme, biased, and false ways.
- Examples of how News 12 coverage caused other damages perpetrated by the surrounding community and country at large.
- All details of all the damages done to me by News 12 in every aspect of my life.

### Claim II : 28 U.S. Code § 4101 - Libel

- Copies of News 12 slanderous written material against me.
- Witnesses involved with the libel.
- Examples of how News 12 libel influenced, empowered, and infected other media outlets to cover me in extreme, biased, and false ways.
- Examples of how News 12 coverage caused other damages perpetrated by the surrounding community and country at large.
- All details of all the damages done to me by News 12 in every aspect of my life.


James Lawrence
~~75 West Parish Road~~
Westport Ct. 06880
Email: www.Sancorgoman@gmail.com

**\*Current residences are between Europe and America so please best for ALL correspondences to be via E-Mail. Yes, this injustice has resulted in me having to move far away to protect myself (among the numerous Damages to be presented during trial). PLEASE see forms on electronic filing and electronic notifications. ALL CORRESPONDENCES TO BE VIA E-MAIL. \***