## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LAWRENCE, | Civil Action No. 3:18-CV-01927-SRU |
| Plaintiff, | |
| v. | December 21, 2018 |
| ALTICE USA, | |
| Defendant | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Defendant Altice USA certifies that Altice USA, Inc. is a Delaware corporation, which is publicly traded on the New York Stock Exchange. No public company owns 10% or more of Altice USA, Inc. Next Alt Sarl, a private company, owns 10% or more of Altice USA, Inc.

    Defendant, Altice USA
    By its Attorneys,

    /s/ Timothy G. Ronan
    Timothy G. Ronan (ct06310)
    Pullman & Comley, LLC
    281 Tresser Blvd.
    Stamford, CT 06901-3262
    Phone: (203)674-7933
    Fax: (203)578-9999
    tronan@pullcom.com

    *and*

    Katherine M. Bolger (*pro hac vice pending*)
    Lisa B. Zycherman (*pro hac vice pending*)
    Davis Wright Tremaine LLP
    1919 Pennsylvania Avenue, NW, Suite 800
    Washington, DC 20006
    Telephone: (202) 973-4200
    Fax: (202) 973-4480
    katebolger@dwt.com
    lisazycherman@dwt.com

## CERTIFICATION

I hereby certify that on December 21, 2018, a copy of the foregoing was filed electronically mailed to and served by overnight courier on the pro se Plaintiff.  Notice of this filing will be send by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Timothy G. Ronan
                                                Timothy G. Ronan (ct06310)