**Amendment to Complaint Form:**
James Lawrence v. Altice USA
Case# 3:18cv1927(SRU)


**B: Jurisdiction:**
The Jurisdiction of this court is invoked pursuant to: (list statute(s)

**28 U.S. Code § 1332**

[N 195, N 905-906, N 912-913, …]

(I initially made a mistake by putting the Cause of Action code within this Jurisdiction section.) Please refer to amended jurisdiction code written within this document.

Thank you

James Lawrence