# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LAWRENCE,<br>    Plaintiff,<br><br>    v.<br><br>ALTICE USA,<br>    Defendant. | No. 3:18-cv-1927 (SRU) |

## NOTICE re: AMENDED COMPLAINT

On May 9, 2019, I held a hearing on Altice USA's Motion to Dismiss a complaint against it in which James Lawrence alleges Altice defamed him in a news story. *See* Minute Entry, Doc. No. 30; Compl., Doc. No. 1; Mot. to Dism., Doc. No. 12. At the hearing, I noted that Lawrence's complaint failed to lay out the basis for federal jurisdiction. Further, I granted the motion to dismiss in substantial part, but denied it with respect to Lawrence's claim that Altice defamed him when it used the word "stalking" in its broadcasts and articles. Minute Entry, Doc. No. 30. I ordered Lawrence to file an amended complaint by June 20, 2019 in which he did two things: (1) set forth the basis for federal jurisdiction of his case; and (2) narrow his allegations to the only surviving claim in the case, that Altice defamed him when it used the term "stalking." *See id.*

Lawrence filed his amended complaint on May 20, 2019. *See* Am. Compl., Doc. No. 33. The amended complaint, however, is insufficient and fails to comply with my order. With respect to the jurisdiction, Lawrence replaces the section in his original complaint with a statement that "[t]he [j]urisdiction of this court is invoked pursuant to … 28 U.S.C. § 1332." *Id.* The amended complaint does nothing to narrow his allegations and remove those that were dismissed at the hearing on May 9. Accordingly, Lawrence is directed to file an amended

complaint by **June 27, 2019** that complies with my order and this notice. Specifically, he must file a *new* complaint in which he narrows his allegation to the only surviving claim in this case and sets out the basis for federal jurisdiction. It is insufficient for him to only refer the court back to his original complaint; he must file an entirely separate document that contains all of his allegations. Failure to do so may result in the dismissal of his case. The defendants do not need to respond to the amended complaint filed on May 20, 2019 (doc. no. 33).

      So ordered.

Dated at Bridgeport, Connecticut, this 23rd day of May 2019.

                                            /s/ STEFAN R. UNDERHILL
                                            Stefan R. Underhill
                                            United States District Judge